371 P.2d 1000

**Harry D. SMITH, Petitioner,**

v.

**Felix RODRIQUEZ, Respondent.**

No. 7079.

Supreme Court of New Mexico.

June 15, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that no grounds are alleged in the petition that would warrant the issuance of writ.

371 P.2d 1000

**Don Allen FLIPPEN, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 7217.

Supreme Court of New Mexico.

June 12, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the request for free process be and the same is hereby granted, and in consideration of the report of petitioner's counsel the motion for delayed appeal is hereby denied.